Opinion on Rehearing for limited purpose of amending opinion

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7920**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TONY MAURICE HAIRSTON,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge.  (CR-92-85-R, CA-96-346-R)

---

Submitted:  January 27, 1998               Decided:  May 19, 1998

---

Before MURNAGHAN and MOTZ, Circuit Judges, and HALL, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Alan G. Ellis, LAW OFFICES OF ALAN ELLIS, P.C., Sausalito, California, for Appellant.  Joseph William Hooge Mott, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Hairston, Nos. CR-92-85-R; CA-96-346-R (W.D. Va. Oct. 22, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2